## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-CR-037 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| SAW JAW, | ) | T. 18 U.S.C. § 924(a)(1)(A) |
| | ) | T. 18 U.S.C. § 924(d) |
| Defendant. | ) | T. 28 U.S.C. § 2461(c) |
| | ) | |

**THE GRAND JURY CHARGES:**

RECEIVED

FEB 2 0 2020

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

### COUNT 1
### (False Statement During Purchase of a Firearm)

On or about June 24, 2019, in the Southern District of Iowa, the defendant, SAW JAW, knowingly made a false statement and representation to JT Guns and Supply LLC, a person licensed under the provision of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JT Guns and Supply LLC, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm listed on the form and was not acquiring the firearm on behalf of another person, whereas in truth and in fact, he was acquiring the firearm on behalf of another person.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(False Statement During Purchase of a Firearm)**

On or about September 21, 2019, in the Southern District of Iowa, the defendant, SAW JAW, knowingly made a false statement and representation to CrossRoads Shooting Sports, a person licensed under the provision of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of CrossRoads Shooting Sports, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm listed on the form and was not acquiring the firearm on behalf of another person, whereas in truth and in fact, he was acquiring the firearm on behalf of another person.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>
**(False Statement During Purchase of a Firearm)**

On or about September 22, 2019, in the Southern District of Iowa, the defendant, SAW JAW, knowingly made a false statement and representation to CrossRoads Shooting Sports, a person licensed under the provision of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of CrossRoads Shooting Sports, in that the defendant did execute a Department of Justice, Bureau

2

of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was the actual transferee/buyer of the firearm listed on the form and was not acquiring the firearm on behalf of another person, whereas in truth and in fact, he was acquiring the firearm on behalf of another person.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offense(s) alleged in Counts 1, 2, and/or 3 of this Indictment, the defendant, SAW JAW, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm and ammunition identified in Counts 1, 2, and 3 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON  _____

Marc Krickbaum
United States Attorney

By: _____
Kristin M. Herrera
Assistant United States Attorney